# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2014

147860

THE SERVICE SOURCE, INC. and THE
SERVICE SOURCE FRANCHISE, LLC,
      Plaintiffs-Appellees,

v

DHL EXPRESS (USA), INC.,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147860
COA: 301013
Lenawee CC: 09-003258-CK

_____/

On order of the Court, the application for leave to appeal the July 11, 2013 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether the two agreements at issue are requirements contracts, and if so, whether that affects the issue of the defendant's alleged breach of contract; (2) whether summary disposition was appropriately granted to the plaintiffs on the issue of liability; and (3) assuming that the defendant is liable for breach of contract, the period for which the defendant is responsible for plaintiffs' lost profits.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2014



h0520

Clerk